RECEIVED APR 1 5 2014
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YOUNG YIL JO, MANUEL AGUIRRE, JOSE ALCANTARA, GIOVANNI ARROYO, CRESCENCIO BARRAZA, ERICK BOCH, SANTOS DIAZ, BERNARDO FERNANDEZ, MARIO GARCIA, MARCO GUERRERO, AGAPITO JARAMILLO, BERTRAM C. JOHNSON, THO LE, JOSE A. MALDANADO, JESUS LOPEZ MATA, HANKEY MAURICE, ALFONSO MEDRANO, JAIME MORALES, IBRAHAM OSMAN, JULIO PENA, IVAN PEREZ, LUIS QUINTANILLA, MARTIN ROSAS, GUSTAVO RUBIO, ARLON SANTANDER, WILLIAM SANTOS, ROGER TALANCON, OMAR TURCIOS, YURL TZUL, XING LIN WANG,<br><br>Plaintiffs,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS or MR PRESIDENT OF THE UNITED STATES BARACK OBAMA,<br><br>Defendants. | 14-CV-46-M-DLC;<br><br>14-CV-48-M-DLC through 14-CV-68-M-DLC; and<br><br>14-CV-90-M-DLC through 14-CV-116-M-DLC,<br><br><br><br>ORDER |

Plaintiff Young Yil Jo, an INS detainee, filed three incoherent one-page complaints in his own name and an additional 46 complaints in the names of other inmates. He did not pay the filing fees and did not submit applications to proceed in forma pauperis. He has filed several hundred civil actions throughout the country which have been dismissed as frivolous, malicious, or for failure to state a claim. *See* CV-11-1963-RSM (W.D. Wash., Mar. 26, 2012); CV-12-76-JLR (W.D. Wash, Mar. 9, 2012); CV-11-2159-JLR (W.D. Wash., Feb. 21, 2012); 1:08-CV-00005 (E.D. Ca. Jan. 16, 2008); 1:08-CV-00031 (E.D. Ca. Jan. 16 2008).

1

Yil Jo has far exceeded the three "strikes" allowed by 28 U.S.C. § 1915(g) and therefore cannot proceed in forma pauperis unless he is in "imminent danger of serious physical injury." The allegations of the complaints do not support such a finding. Yil Jos complaints will be dismissed.

The additional 46 complaints in the names of other inmates are not signed. Rule 11(a) of the Federal Rules of Civil Procedure requires that every pleading, written motion and other papers be signed by a party personally if the party is unrepresented. These Complaints will be stricken and those matters closed.

Based upon the foregoing, the Court issues the following:

## ORDER

Young Yil Jo will not be allowed to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). The Clerk of Court is directed to close Civil Action Nos. 14-CV-46, 14-CV-48, and 14-CV-90 and enter judgment.

The Complaints in Civil Action Nos. 14-CV-49-M-DLC through 14-CV-00068 and Civil Action Nos. 14-CV-90-DLC through 14-CV-116-M-DLC are stricken. The Clerk of Court is directed to close those cases and enter judgment.

DATED this 15th day of April, 2014.

Dana L. Christensen, Chief Judge
United States District Court